IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOANN DEMPSEY, INDIVIDUALLY
AND AS WIFE AND GUARDIAN OF
THE PERSON AND ESTATE OF
JIMMY DEMPSEY, AN INCAPACITATED
PERSON                                                                                              PLAINTIFFS

vs                                    4:11CV00536-BRW

UNITED STATES OF AMERICA                                                            DEFENDANT

## ORDER

Pending is the Joint Motion to Dismiss (Doc. No. 18) filed by the parties. After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED and this case is dismissed with prejudice, with each party bearing its own fees, costs, and expenses.

IT IS SO ORDERED this 28th day of January, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddism.wprejudice